804

of the petition.

No. 1363. McGHEE ET UX. *v.* SIPES ET AL. June 23, 1947. The petition for writ of certiorari to the Supreme Court of Michigan is granted. MR. JUSTICE REED took no part in the consideration or decision of this application. *Thurgood Marshall* for petitioners. *Lloyd T. Chockley, Henry Gilligan* and *James A. Crooks* for respondents.

No. 1402. UNITED STATES *v.* FRIED ET AL. June 23, 1947. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted. *Acting Solicitor General Washington* for the United States. *J. Bertram Wegman* for respondents.

No. 1448. PRICE *v.* JOHNSTON, WARDEN. June 23, 1947. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 1476. PATTON *v.* MISSISSIPPI. June 23, 1947. The petition for writ of certiorari to the Supreme Court of Mississippi is granted. Execution of the sentence of death imposed on this petitioner is stayed pending the final disposition of the case by this Court. *Thurgood Marshall* for petitioner.